No. 00–8317. CHOICE *v.* BROGTON ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–8337. JOHNSON *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 00–8345. BORGE *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Certiorari denied.

No. 00–8347. CAMARENA *v.* SUTER, CLERK, SUPREME COURT OF THE UNITED STATES, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–8351. WERMERS *v.* HALTER, ACTING COMMISSIONER OF SOCIAL SECURITY. C. A. 8th Cir. Certiorari denied.

No. 00–8353. ROGERS *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 00–8368. SCHAPIRO *v.* SCHAPIRO. Super. Ct. Pa. Certiorari denied.

No. 00–8373. HEINEMANN *v.* WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 00–8385. WATSON *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 00–8389. DAMMERAU *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–8390. WAGNER *v.* SHORTRIDGE, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 00–8397. HOUSTON *v.* PARKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–8402. DAY *v.* WEST VIRGINIA. Cir. Ct. Kanawha County, W. Va. Certiorari denied.

No. 00–8408. FUGETT *v.* MACK, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–8440. JACKSON *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.